NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASIA PACIFIC MICROSYSTEMS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,
*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

## ON MOTION

---

## ORDER

Upon consideration of Hewlett-Packard Company and Hewlett-Packard Development Company, L.P.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**MAR 1 9 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Steven D. Ling, Esq.
Panyin A. Hughes, Esq.
Ruffin B. Cordell, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2012

JAN HORBALY
CLERK